HENRY KELLER, as Executor of MARY BRECHTLEIN, Deceased, Respondent, *v.* THE GREENWOOD CEMETERY, Appellant.

*Brechtlein* v. *Greenwood Cemetery,* 113 App. Div. 911, appeal dismissed.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1906, affirming a judgment in

favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Henry F. Cochrane* for motion.

*J. W. Welch* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.